HARMEET K. DHILLON, ESQ. (SBN: 207873)
NITOJ P. SINGH, ESQ. (SBN: 265005)
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
hdhillon@dhillonsmith.com
nsingh@dhillonsmith.com

Attorneys for Plaintiff Amit Nanda

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT NANDA, | Case No.: C-11-04371-SC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| ADPARLOR, INC. ET AL., | Action Filed: September 1, 2011 |
| Defendants. | |

TO ALL PARTIES AND TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsels, hereby stipulate to plaintiff Amit Nanda's voluntary dismissal of this above-captioned action without prejudice against Defendants AdParlor, Inc. and Hussein Fazal. Each party shall be

---

Stipulation of Voluntary Dismissal
Case No. C-11-04371-SC

**DHILLON & SMITH LLP**

-1-

1  responsible for its own costs and attorney's fees associated with this litigation.

2      IT IS SO STIPULATED AND AGREED.

3  Date:  March 13, 2012                             Dhillon & Smith LLP

4                                                By:  /s/ Nitoj P. Singh

5                                                      Nitoj P. Singh
Attorneys for Plaintiff Amit Nanda

6

7  Date:  March 13, 2012                             LeClairRyan, LLP

8                                                By:  /s/ Peter M. Hart

9                                                      Peter M. Hart
Attorneys for Defendants AdParlor, Inc. and Hussein Fazal

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]